IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PATRICIO CALVILLO, AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC § 216(b),**

    *Plaintiff*,

        v.

**BULL ROGERS, INC. and HELEN MARIE WALLACE, individually**

    *Defendants*.

Docket No. 2:16-cv-919-WJ/GBW

## ORDER APPROVING COLLECTIVE ACTION SETTLEMENT AND DISMISSING ACTION

Upon consideration of the parties' Joint Motion for Approval of Collective Action Settlement and Dismissal, and having reviewed the Motion and exhibits, and for good cause shown, it is ORDERED, ADJUDGED and DECREED that:

1. The settlement of this action: a) is fair to all parties, b) reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in the action; and c) demonstrates a good faith intention by the parties that the Plaintiffs' claims be fully and finally resolved. The Settlement is therefore APPROVED by the Court.

2. This action is DISMISSED WITH PREJUDICE.

3. Each party shall bear his/her/its own costs and attorneys' fees except as otherwise provided in the Settlement Agreement.

 

**CHIEF U.S. DISTRICT JUDGE**

APPROVED AND ENTRY REQUESTED:

| | |
|---|---|
| */s/ Jack Siegel* | */s/ William Stuckenburg* |
| Jack Siegel | William R. Stukenberg |
| Co-Attorney in Charge | State Bar of Tex. No. 24051397 |
| Texas Bar No. 24070621 | JACKSON LEWIS P.C. |
| Siegel Law Group PLLC | Wedge International Tower |
| 2820 McKinnon, Suite 5009 | 1415 Louisiana, Suite 3325 |
| Dallas, Texas 75201 | Houston, Texas 77002-7332 |
| jack@siegellawgroup.biz | Telephone: (713) 650-0404 |
| | Facsimile: (713) 650-0405 |
| J. Derek Braziel | william.stukenberg@jacksonlewis.com |
| Co-Attorney in Charge | |
| Texas Bar No. 24087532 | Andrea K. Robeda |
| jdbraziel@l-b-law.com | Danny W. Jarrett |
| Travis Gasper | JACKSON LEWIS P.C. |
| Texas Bar No. 24096881 | 4300 San Mateo Blvd NE, Ste. B260 |
| gasper@l-b-law.com | Albuquerque, NM 87110 |
| Lee & Braziel, L.L.P. | Telephone: (505) 878-0515 |
| 1801 N. Lamar Street, Suite 325 | Facsimile: (505) 878-0398 |
| Dallas, Texas 75202 | andrea.robeda@jacksonlewis.com |
| (214) 749-1400 phone | jarrettd@jacksonlewis.com |
| (214) 749-1010 Fax | |
| | ATTORNEYS FOR DEFENDANTS |
| ATTORNEYS FOR PLAINTIFFS | |